UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES K. SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.G.N., INC.<br><br>Defendant. | Case No. 1:24-cv-7908 |

**JOINT MOTION FOR EXTENSOIN OF TIME**

Plaintiff Charles K. Smith ("Plaintiff"), individually and on behalf of all other similarly situated, and Defendant U.G.N., Inc. ("Defendant," and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby jointly move for a ten-day extension of time until January 27, 2025 to file the motion for preliminary approval of the settlement:

1. Plaintiff filed the Class Action Complaint in this matter on August 30, 2024. (Dkt. 1.)

2. In November 2024, the Parties reached a settlement in principle and requested a stay while they finalized their settlement agreement and prepared a motion for preliminary approval of the settlement. (Dkt. 19.)

3. The Court granted the stay, ordered the motion for preliminary approval of the settlement to be filed by January 17, 2025, and set this matter for a tracking status hearing on January 24, 2025.

4. The Parties are in the process of finalizing their settlement agreement and motion for preliminary approval of the settlement. Due to the holidays and the press of

business on other matters, the Parties respectfully request an extension of ten days, until January 27, 2025, to file the motion for preliminary approval of the settlement.

5. This request is not intended to delay the proceedings, and no Party will be prejudiced if the requested extension is granted.

Wherefore, the Parties jointly request that the Court grant an extension of time until January 27, 2025 for them to file a motion for preliminary approval of the settlement, reset the tracking status for a date that is convenient for the Court, and grant such other and further relief as is warranted under the circumstances.

Respectfully submitted,

| | |
|---|---|
| **MICHAEL BEST & FRIEDRICH LLP** | **WALCHESKE & LUZI, LLC** |
| Counsel for Defendant | Counsel for Plaintiff |
| | |
| /s/ Andrew P. Shelby | /s/ Paul M. Secunda |
| Andrew P. Shelby | Paul M. Secunda |
| 444 West Lake Street, Suite 3200 | 125 S. Wacker Dr., Suite 300 |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |
| Phone: (312) 222-0800 | Phone: (414) 828-2372 |
| Email: andrew.shelby@michaelbest.com | Email: psecunda@walcheskeluzi.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF, which will send notification to all counsel of record.

/s/*Andrew P. Shelby*