UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES K. SMITH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>U.G.N., INC,<br><br>      Defendant. | Case No. 1:24-cv-7908 |

**PLAINTIFF'S MOTION FOR ATTORNEY FEES
AND EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARD**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    PLEASE TAKE NOTICE that on July 29, 2025 at 12:15 p.m. in Courtroom 2341 of the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, Plaintiff Charles Smith ("Plaintiff"), will and hereby does move this Court for an Order awarding: (1) attorneys' fees to Class Counsel in the amount of $99,666.67 (one-third of the $299,000 Gross Settlement Amount); (2) reimbursement of $550.00 in litigation costs, and $23,952.00 in settlement administration expenses (including $15,000 for the independent fiduciary); and (3) a case contribution award in the amount of $5,000.00 for Plaintiff class representative.

    This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Paragraphs 4.1 and 4.2 of the Parties' Class Action Settlement Agreement and Release of Claims (Dkt. 27-1) and

1

is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M Secunda, the previously filed declaration of the Class Representative (Dkt. 28), the Settlement Agreement, and all files, records, and proceedings in this matter.[1] A copy of the proposed order for this motion is attached hereto as **Exhibit 1**.

As of the filing of this motion, there also have been no objections to the Settlement or to the proposed attorney fees and other expenses in that Notice.

Dated this 16th day of June, 2025

**WALCHESKE & LUZI, LLC**

/s/ Paul M. Secunda
Paul M. Secunda
125 S. Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (414) 828-2372
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

**HASSLER KONDRAS MILLER LLP**

Robert P. Kondras, Jr.
100 Cherry St.
Terre Haute, IN  47807
Tel:  (812) 232-9691
Fax:  (812) 234-2881
Email:  kondras@hkmlawfirm.com

**ATTORNEYS FOR PLAINTIFF and PROPOSED SETTLEMENT CLASS**

---

[1] Plaintiff's Counsel apologizes to the Court and to Defendants for filing this Motion later than contemplated in the Preliminary Approval Order (Dkt. 33, ¶ 20). Plaintiff misremembered the correct date for filing. This late filing will not prejudice any party or members of the Class because the independent fiduciary will have these motion papers in a timely matter to make its required reasonableness determination regarding the Settlement on behalf of the Plan, which is due by June 29, 2025 (Settlement, Dkt. 27-1, ¶ 2.4(c)). Additionally, Class members still have until July 8, 2025, to object to these attorney fees and expenses, or to any other part of the Settlement. (Dkt. 33, ¶¶ 13, 14).

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda
