UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES K. SMITH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

U.G.N., INC,

    Defendant.

Case No. 1:24-cv-7908

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on July 29, 2025, at 12:15 p.m. in Courtroom 2341 of the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, Plaintiff Charles K. Smith ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 27-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Section 2.7 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Analytics Consulting, LLC, and exhibits attached thereto, the previously filed declarations of the Class

Representative (Dkt. 28), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as **Exhibit 1**.

|  |  |
|---|---|
| Dated this 14th day of July, 2025 | Respectfully submitted, |

**WALCHESKE & LUZI, LLC**

<u>/s/ Paul M. Secunda</u>
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (414) 828-2372
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

**HASSLER KONDRAS MILLER LLP**

Robert P. Kondras, Jr.
100 Cherry St.
Terre Haute, IN  47807
Tel:  (812) 232-9691
Fax:  (812) 234-2881
Email:  kondras@hkmlawfirm.com

ATTORNEYS FOR PLAINTIFF and SETTLEMENT CLASS

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda