**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Charles K Smith
                Plaintiff,

v.                                       Case No.: 1:24−cv−07908
                                                Honorable Edmond E. Chang

U.G.N., Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, July 26, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's counsel emailed the courtroom deputy, with defense counsel copied, to request a continuance of the final approval hearing of 07/29/2025, due to a family circumstance. Defense counsel responded that there was no objection. The request is approved. The motion for attorney fees [36] and motion for settlement [39] are entered and continued to a date that will be scheduled after the parties have a chance to confer (the parties should take into account the time needed to provide notice to the class). The parties shall contact the courtroom deputy by 08/04/2025. Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.