**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Charles K Smith
Plaintiff,
v.
U.G.N., Inc.
Defendant.

Case No.: 1:24−cv−07908
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

MINUTE entry before the Honorable Edmond E. Chang: In−person motion hearing held on the Plaintiffs' motion for final approval of class settlement, R. 39, and on the Plaintiffs' motion for attorney fees and expenses, R. 36. Counsel for the parties appeared. No one else appeared for the hearing. Counsel for the Plaintiffs reported that no objections have been received. As articulated on the record, Rule 23 requirements have been met for settlement purposes. Given the reasonableness of the settlement, as detailed during the hearing, the joint motion for final approval of class settlement [39] is granted. As discussed during the hearing, the Plaintiffs' motion for attorney fees and expenses [36] is granted. Counsel for the Plaintiffs shall file a status report, by 10/03/2025, reporting on the number of cashed and uncashed checks and amounts. A tracking status hearing is set for 10/10/2025 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.